IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-40731
_____

RANDALL COGGIN

Plaintiff-Appellee

versus

LONGVIEW INDEPENDENT SCHOOL DISTRICT; ET AL

Defendants

LONGVIEW INDEPENDENT SCHOOL DISTRICT

Defendant-Appellant

- - - - -
Appeal from the United States District Court for the
Eastern District of Texas
- - - - -

ON PETITION FOR REHEARING EN BANC

(Opinion April 17, 2002, 5 Cir., 2002, _____F.3d____)

(October 7, 2002)

BEFORE:  KING, Chief Judge, JOLLY, HIGGINBOTHAM, DAVIS, JONES,
         SMITH, WIENER, BARKSDALE, EMILIO M. GARZA, DeMOSS,
         BENAVIDES, STEWART, DENNIS and CLEMENT, Circuit Judges.[1]

BY THE COURT:

A member of the Court in active service having requested a poll on the petition for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.

---

[1]Judge Robert M. Parker did not participate in this poll.